IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 SEP 23 A 10: 22

CLERK_____
SO. DIST. OF GA.

CRAIG LEON FIELDS,

    Plaintiff,

v.

FNUK PERRY, Warden; FNUK HALL;
and MICHAEL SEXTON,

    Defendants.

CIVIL ACTION NO.: CV513-039

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Craig Leon Fields ("Plaintiff"), an inmate currently incarcerated at Coffee Correctional Facility in Nicholls, Georgia, filed a cause of action pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement. By Order dated June 19, 2013, the undersigned informed Plaintiff that his claims were unrelated and instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wishes to pursue in this action within thirty (30) days of that Order. Plaintiff filed an Amended Complaint June 21, 2013, outlining additional allegations based on access to the law library and his medical condition. Plaintiff then filed a response to the undersigned's June 19, 2013, Order, and that Response suffered from the same defects as his original Complaint. By Order dated August 13, 2013, , the undersigned again instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wished to pursue in this action. Plaintiff has now filed his Response to the undersigned's August 13, 2013, Order.

Plaintiff's latest Amended Complaint suffers from the same defects as his previously filed Complaints. After being advised twice to do so, Plaintiff still has not informed the Court as to which claim or related claims against which Defendant(s) he wishes to pursue. Accordingly, Plaintiff's claims should be **DISMISSED**, without prejudice.

**SO REPORTED** and **RECOMMENDED**, this 23rd day of September, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)